# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

| | |
|---|---|
| JOSHUA ADAM DAVIS, | ) |
| Plaintiff, | ) |
| | ) Docket No. 4:16-cv-00076 |
| v. | ) |
| | ) JURY DEMANDED |
| FRANKE FOODSERVICE SYSTEMS, INC., | ) |
| | ) JUDGE MATTICE |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Joshua Adam Davis and Defendant Franke Foodservice Systems, Inc. jointly stipulate that the Complaint and all claims stated therein in the above-referenced matter are hereby dismissed with prejudice.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

s/ Kenneth A. Weber
Kenneth A. Weber, BPR No. 015730
Kathryn B. Yeager, BPR No. 033473
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5760
kweber@bakerdonelson.com
kyeager@bakerdonelson.com

Attorneys for Defendant

**GILBERT RUSSELL McWHERTER SCOTT & BOBBITT PLC**

s/ Jonathan L. Bobbitt

Justin S. Gilbert, BPR No. 017079
100 W. Martin Luther King Blvd,
Suite 504 Chattanooga, TN 37402
Telephone: 423-499-3044
Facsimile: 731-664-1540
jgilbert@gilbertfirm.com

Jonathan L. Bobbitt, BPR No. 023515
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
Telephone: (615) 354-1144
Facsimile: (731) 664-1540
jbobbitt@gilbertfirm.com

Jessica F. Salonus, BPR No. 028158
101 North Highland
Jackson, TN 38301
Telephone: 731-664-1340
Facsimile: 731-664-1540
jsalonus@gilbertfirm.com

Attorneys for Plaintiff

2

4812-0414-5223 v1
2825984-000023 05/05/2017
Case 4:16-cv-00076-HSM-CHS   Document 17   Filed 05/05/17   Page 2 of 3   PageID #: 61

## CERTIFICATE OF SERVICE

   I hereby certify that on May 5, 2017, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

  Justin S. Gilbert, BPR No. 017079
  100 W. Martin Luther King Blvd,
  Suite 504 Chattanooga, TN 37402
  Telephone: 423-499-3044
  Facsimile: 731-664-1540
  jgilbert@gilbertfirm.com

  Jonathan L. Bobbitt, BPR No. 023515
  341 Cool Springs Blvd., Suite 230
  Franklin, TN 37067
  Telephone: (615) 354-1144
  Facsimile: (731) 664-1540
  jbobbitt@gilbertfirm.com

  Jessica F. Salonus, BPR No. 028158
  101 North Highland
  Jackson, TN 38301
  Telephone: 731-664-1340
  Facsimile: 731-664-1540
  jsalonus@gilbertfirm.com

               /s/ Kenneth A. Weber
               Kenneth A. Weber